

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00288-CV

---

JAMIE LYNN WILLIAMS,
ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, APPELLANT

V.

HAPPY STATE BANK, APPELLEE

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 44794, Honorable Curt Brancheau, Presiding

November 13, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Jamie Lynn Williams, appeals from the trial court's *Final Summary Judgment.* Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of

the Court has been delivered to date, we grant the motion. The appeal is dismissed.[1]

Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

---

[1] This appeal is also dismissed because Appellant failed to pay the requisite filing fee. By letter of October 16, 2025, we notified Appellant that the filing fee was due and that unless she was excused from paying court costs, failure to pay the filing fee by October 27, 2025, would result in dismissal of the appeal. Appellant has yet to pay the fee or seek leave to proceed without payment of court costs. *See* TEX. R. APP. P. 20.1, 25.1(b), 42.3(c).